WILLIAM C. STEVENS V. EUGENE ELLSWORTH, Appellant.

REVERSAL WHICH APPROVES DENIAL OF MOTION FOR CHANGE OF VENUE DOES NOT REMAND THE MOTION FOR RETRIAL.

SATURDAY, OCTOBER 19, 1895.

Per Curiam. In a petition for rehearing a point is urged, that, if the cause is to stand reversed, a retrial should only be as to the issue taken on plaintiff's petition, and not as to the counterclaim nor on the motion made to change the place of trial. In view of the grounds upon which a reversal is had, and the record, we concur in this view, and the cause is remanded for a new trial. Accordingly the petition for a rehearing is *overruled.*